# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **David Spurlock,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 09-3392-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

Pending before the Court is plaintiff's *Application For Attorney Fees Under the Equal Access To Justice Act*, filed December 17, 2010 [Doc. 25]. Defendant opposes the plaintiff's motion inasmuch as the motion for fees was filed a single day outside of the 30-day deadline set out in the EAJA.[1] Inasmuch as the Court finds the single-day delay excusable in this case and most certainly would have granted a single-day extension had it been requested to do so, the Court also finds that principles of equity dictate that a denial of fees in the amount of $2,670.24 simply because they were requested a single day outside of an admittedly non-jurisdictional time requirement is far too harsh, particularly since the defendant cites no prejudice from the delay – other than its need to rely upon the assumption that cases can be closed on the date the 30 day time period expires.

---

[1] Defendant also makes specific requests for reduction in fees and costs to which the plaintiff has agreed.

Accordingly, it is

**ORDERED** that plaintiff's *Application For Attorney Fees Under the Equal Access To Justice Act*, filed December 17, 2010 [Doc. 25] is **GRANTED**. Plaintiff is awarded $2,670.24 in EAJA fees.

         */s/ John T. Maughmer*
         **JOHN T. MAUGHMER**
         **U. S. MAGISTRATE JUDGE**